```
 1  KEITH E. EGGLETON, State Bar No. 159842
    Email: keggleton@wsgr.com
 2  BORIS FELDMAN, State Bar No. 128838
    Email: boris.feldman@wsgr.com
 3  RODNEY G. STRICKLAND, State Bar No. 161934
    Email: rstrickland@wsgr.com
 4  LUKE A. LISS, State Bar No. 247520
    Email: lliss@wsgr.com
 5  WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
 6  650 Page Mill Road
    Palo Alto, CA 94304-1050
 7  Telephone: (650) 493-9300
    Facsimile:  (650) 565-5100
 8
    Attorneys for Defendants
 9  Netflix, Inc., Reed Hastings, David B. Wells,
    Theodore A. Sarandos, Leslie J. Kilgore and
10  Neil D. Hunt
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF ROYAL OAK RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>NETFLIX, INC., REED HASTINGS, DAVID B. WELLS, THEODORE A. SARANDOS, LESLIE J. KILGORE and NEIL D. HUNT,<br><br>   Defendants. | Case No.: 3:12-cv-00225-SC<br><br>**STIPULATION AND** [PROPOSED]<br>**CONSOLIDATION ORDER** |
| **This stipulation also relates to:**<br><br>DAVIN POKOIK, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>NETFLIX, INC., REED HASTINGS, DAVID B. WELLS, THEODORE A. SARANDOS, LESLIE J. KILGORE and NEIL D. HUNT,<br><br>   Defendants. | Case No.: 5:12-cv-00439-LHK |

Pursuant to Civil Local Rule 23-1(b), and Manual for Complex Litigation, Fourth §§ 11.12, 11.21 and 31 (2004), the parties stipulate, and the Court hereby orders, as follows:

## CONSOLIDATION OF RELATED CASES

1. The following are related cases within the meaning of Civil Local Rule 3-12:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *City of Royal Oak Ret. Sys. v. Netflix et al.* | Case No. 3:12-cv-00225-SC | January 13, 2012 |
| *Pokoik v. Netflix, Inc., et al.* | Case No. 5:12-cv-00439-LHK | January 27, 2012 |

2. Pursuant to Federal Rule of Civil Procedure 42(a), these cases are hereby consolidated into Civil Action No. 3:12-cv-00225-SC for pretrial proceedings before this Court. The consolidated action shall be captioned: *"In re Netflix, Inc., Securities Litigation."*

3. All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into this action for pretrial purposes. This Order shall apply to every such related action, absent order of the Court. A party that objects to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within thirty (30) days after the date on which a copy of the order is mailed to the party's counsel.

4. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

## MASTER DOCKET AND CAPTION

5. The docket in Civil Action No. 3:12-cv-00225-SC shall constitute the Master Docket for this action.

6. Every pleading filed in the consolidated action shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NETFLIX, INC., SECURITIES LITIGATION | Case No. 3:12-cv-00225-SC |
| This Document Relates To: <br><br> ALL ACTIONS. | CONSOLIDATED CLASS ACTION |

7. The file in Civil Action No. 3:12-cv-00225-SC shall constitute a Master File for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Documents Relates To:". When a pleading applies only to some, not all, of the actions, the document shall list, immediately after the phrase "This Documents Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action (*e.g.*, "No. 3:12-cv-00225-SC (*City of Royal Oak Retirement System*)").

8. The parties shall file a Notice of Related Cases pursuant to Civil Local Rule 3-12 whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

   (a) place a copy of this Order in the separate file for such action;

   (b) serve on plaintiff's counsel in the new case a copy of this Order;

   (c) direct that this Order be served upon defendants in the new case; and

   (d) make the appropriate entry in the Master Docket.

## LEAD PLAINTIFF'S COUNSEL

9. After the Court has designated a Lead Plaintiff, pursuant to 15 U.S.C. § 78u-4(a)(3)(B), the Lead Plaintiff shall designate a law firm or firms to serve as Lead Plaintiff's Counsel, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v). Lead Plaintiff's Counsel shall have authority to speak for, and enter into agreements on behalf of, plaintiffs in all matters regarding

pretrial procedures, discovery, and settlement negotiations. Lead Plaintiff's Counsel shall manage the prosecution of this litigation to avoid duplicative or unproductive activities. Lead Plaintiff's Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for dissemination of notices and orders. Lead Plaintiff's Counsel shall be responsible for communications with the Court. Lead Plaintiff's Counsel shall maintain a master service list of all parties and counsel.

10. Defendants' counsel may rely upon agreements made with Lead Plaintiff's Counsel. Such agreements shall be binding on all plaintiffs.

## PLEADINGS AND MOTIONS

11. Defendants are not required to respond to the complaint in any action consolidated into this action, other than a consolidated amended complaint or a complaint designated as the operative complaint.

12. Lead Plaintiff shall file a consolidated complaint within sixty (60) days after entry of the Court's order appointing a Lead Plaintiff and designating Lead Counsel, unless otherwise agreed upon by the parties. The consolidated complaint shall be the operative complaint and shall supersede all complaints filed in any of the actions consolidated herein.

13. Defendants shall respond to the consolidated complaint within sixty (60) days after service, unless otherwise agreed upon by the parties. If defendants file any motions directed at the consolidated complaint, any opposition shall be filed within sixty (60) days after the filing of such motion(s) and any reply shall be filed within thirty (30) days after the filing of the opposition, unless otherwise agreed upon by the parties.

## CASE MANAGMENT

14. In view of defendants' statement of intention to move to dismiss this action and in light of the mandatory discovery stay imposed by the PSLRA, the deadlines established in the January 13, 2012 Order Setting Initial Case Management Conference and ADR Deadlines are withdrawn and the initial Case Management Conference is cancelled.

| | | |
|---|---|---|
| 1 | Dated: February 21, 2012 | Respectfully submitted, |
| 2 | | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 3 | | 650 Page Mill Road<br>Palo Alto, CA 94304-1050 |
| 4 | | Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100 |

By: /s/ Luke A. Liss
    Luke A. Liss
    lliss@wsgr.com

Attorneys for Defendants Netflix, Inc., Reed Hastings, David B. Wells, Theodore A. Sarandos, Leslie J. Kilgore and Neil D. Hunt

Dated: February 21, 2012

By: /s/ Shawn A. Williams
    Shawn A. Williams
    shawnw@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

ROBBINS GELLER RUDMAN & DOWD LLP
DARREN J. ROBBINS
DAVID C. WALTON
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

VANOVERBEKE MICHAUD & TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201

Attorneys for Plaintiff City of Royal Oak Retirement System

*I, Luke A. Liss, am the ECF user whose ID and password are being used to file this Stipulation and Proposed Order. In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams has concurred in this filing.*

STIPULATION AND [PROPOSED]
CONSOLIDATION ORDER
CASE NOS.: 3:12-cv-00225-SC
AND 5:12-cv-00439-LHK

-5-

Dated: February 21, 2012      By:   /s/ Lionel Z. Glancy
                                    Lionel Z. Glancy
                                    info@glancylaw.com

GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY
MICHAEL GOLDBERG
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

POMERANTZ HAUDEK GROSSMAN & GROSS LLP
MARC I. GROSS
JEREMY A. LIEBERMAN
100 Park Avenue, 26th Floor
New York, New York 10017
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

POMERANTZ HAUDEK GROSSMAN & GROSS LLP
PATRICK V. DAHLSTROM
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

Attorneys for Plaintiff Davin Pokoik

*I, Luke A. Liss, am the ECF user whose ID and password are being used to file this Stipulation and Proposed Order. In compliance with General Order 45, X.B., I hereby attest that Lionel Z. Glancy has concurred in this filing.*

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

DATED: March 13, 2012

_____
Honorable Samuel Conti
United States District Judge

STIPULATION AND [PROPOSED]                    -6-
CONSOLIDATION ORDER
CASE NOS.: 3:12-cv-00225-SC
AND 5:12-cv-00439-LHK